UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-220-3D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| JERMAINE GREGORY | |

On motion of the Defendant, Jermaine Gregory, Jr, and for good cause shown, it is hereby ORDERED that the **[DE 154]** be sealed until further notice by this Court.

IT IS SO ORDER.

This _1_ day of May, 2016.

JAMES C. DEVER, III
Chief United States District Judge