UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jermaine Gregory**                                    **Docket No. 5:12-CR-220-3D**

### Petition for Action on Supervised Release

COMES NOW J. Brock Knight, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jermaine Gregory, who, upon an earlier plea of guilty to Conspiracy to Distribute and to Possess With Intent to Distribute More Than 28 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on January 11, 2013, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Jermaine Gregory was released from custody on June 29, 2016, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 31, 2018, the defendant was charged in Goldsboro, North Carolina, with Driving While Impaired (18CR51334). The charge is pending adjudication in Wayne County District Court. When the undersigned probation officer confronted the defendant about this violation conduct, he admitted that he operated a motor vehicle after consuming alcohol and expressed remorse for his actions. As a sanction for this conduct, completion of 24 hours of community service is recommended.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and, if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.


/s/ Robert L. Thornton                          /s/ J. Brock Knight
Robert L. Thornton                              J. Brock Knight
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                2 Princess Street, Suite 308
                                                Wilmington, NC 28401-3958
                                                Phone: 910-679-2030
                                                Executed On: April 4, 2018

## ORDER OF THE COURT

Considered and ordered this _____ day of _____, 2018, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge